390 A.2d 314

Schneeman v. Schneeman, Appellant.

Argued March 22, 1978. Antho-ny F. List, for appellant; Donald W. Lehrkinder, for appel-lee.

Decree affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

390 A.2d 314

Simon v. Doychak, Appellant.

Ar-gued March 22, 1978. Gerald I. Roth, for appellant; Thomas J. Maloney, for appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.